

60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Contact:

PHILIP K. DAVIDOFF
212-453-5915
pdavidoff@fordharrison.com

April 10, 2018

**BY ECF**

Hon. Margo K. Brodie
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Agarunova v. The Stella Orton Home Care Agency, Inc., 16-cv-00638 (MKB)(RLM)*

Dear Judge Brodie:

    In accordance with the Court's direction at the parties' Court appearance on April 3, 2018, we write to advise the Court that we will move to compel arbitration of the claims brought by opt-in Plaintiffs Alfira Caprita and Tatsiana Matveyenkava in accordance with the briefing schedule set by the Court on April 3.  Specifically, Defendant's motion papers shall be filed on or before May 10, 2018, Plaintiff's opposition papers on or before June11, 2018, and Defendant's reply papers on or before June 25, 2018.

    Finally, we wish to advise the Court that Judge Jack B. Weinstein's decision in *Abdullayeva v. Attending Homecare Services, LLC, 17-cv-5951*, which was the subject of some discussion at our April 3 appearance, has been appealed to the Second Circuit Court of Appeals and Judge Weinstein has stayed that litigation pending a ruling by the Second Circuit.

    Respectfully,

    */s   Philip K. Davidoff*

    PHILIP K. DAVIDOFF