UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARAL AGARUNOVA,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>       v.<br><br>THE STELLA ORTON HOME CARE AGENCY, INC.,<br><br>       Defendant, | Case No. 16-CV-638(MKB)(RLM)<br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that Defendant The Stella Orton Home Care Agency, Inc. appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Margo K. Brodie, dated and entered March 25, 2019, annexed hereto as Exhibit A, which denied Defendant's Motion to Compel Arbitration and Stay the Action.

Dated:   New York, New York
           March 29, 2019

                                              */s/ Philip K. Davidoff*
                                              Philip K. Davidoff, Esq.
                                              Jeffrey Douglas, Esq.
                                              FORDHARRISON LLP
                                              60 East 42nd Street, 51st Floor
                                              New York, NY 10165
                                              Telephone: 212-453-5900
                                              *Attorneys for The Stella Orton Home Care Agency, Inc.*