UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARAL AGARUNOVA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STELLA ORTON HOME CARE AGENCY, INC.,<br><br>    Defendant. | Case No.: 16 Civ. 638 (MKB) (RLM)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

  IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for all parties in this action that this matter shall proceed to arbitration before Martin F. Scheinman, Esq. under the following arbitration procedures described below:

  (1) The parties agree that all discovery procedures available under the Federal Rules of Civil Procedure will be available in the arbitration and that Mr. Scheinman will have the authority to resolve all discovery disputes;

  (2) All rulings previously made in this litigation will be the law of the case; and

  (3) Defendant will pay all arbitration costs.

  IT IS FURTHER HEREBY STIPULATED AND AGREED by the undersigned attorneys for all parties in the above-captioned action that all rulings by Mr. Scheinman shall be final and binding and that Plaintiff's claims shall proceed to a trial/arbitration within 30-days from the date of this stipulation.

  IT IS FURTHER HEREBY STIPULATED AND AGREED by the undersigned attorneys that they shall withdraw all pending motions, that all remaining deadlines in this action be stayed pending the dismissal of the pending action, and that the claims of Plaintiff Maral Agarunova are

hereby voluntarily dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 5, 2021

Wittels McInturff Palikovic

By: _____
Steven L. Wittels, Esq.
*Attorney for Plaintiff*
18 Half Mile Road
Armonk, NY 10504
Telephone: (914) 319-9945
slw@witttelslaw.com

Dated: January 5, 2021

FordHarrison

By: _____
Philip K. Davidoff, Esq.
*Attorney for Defendant*
366 Madison Avenue, 7th floor
New York, NY 10017
Telephone: (212) 453-5915
pdavidoff@fordharrison.com

SO ORDERED:
s/ MKB 1/11/2021
_____
MARGO K. BRODIE
United States District Judge
Eastern District of New York